# UNITED STATES DISTRICT COURT

Western     DISTRICT OF     North Carolina

UNITED STATES OF AMERICA
V.
TIFFANY ARAGON LOWERY

**APPLICATION FOR WARRANT
TO ARREST MATERIAL WITNESS**

CASE NUMBER: 3:07MJ 156

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. That Tiffany Aragon Lowery is a material witness in the above captioned case. Pursuant to the Provisions of Title 18 United States Code, Section 3144, Tiffany Aragon Lowery is material in the above captioned criminal proceeding and it is impracticable to secure his / her presence by subpoena. I further state that I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation and that this Application is based on the following facts:

(See Attached Affidavit)

Continued on the attached sheet and made a part thereof: ☒ Yes     ☐ No

_____
Signature of Complainant
David F. McCranie, Special Agent
United States Department of Justice
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____July 27, 2007_____ at _____Charlotte, North Carolina_____
Date                                                                     City and State

DAVID C. KEESLER, United States Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer