# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:07-MJ-156-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER DISMISSING |
| | ) | MATERIAL WITNESS WARRANT |
| TIFFANY ARAGON LOWERY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Motion of the United States to dismiss the material witness warrant for Tiffany Aragon Lowery. The Court finds based on the government's motion that the material witness's appearance is no longer required and that the warrant should be dismissed.

Therefore, it is ordered that the material witness warrant for Tiffany Aragon Lowery is hereby DISMISSED.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Marshals Service, and the United States Attorney.

**SO ORDERED**.

Signed: October 16, 2009

David C. Keesler
United States Magistrate Judge